UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| BROADCAST MUSIC, ET AL.,<br><br>  Plaintiffs,<br>  v.<br><br>RHONDA ROSE ROASCIO,<br><br>  Defendant.<br>_____/ | No. C 12-04740 LB<br><br>**ORDER CONTINUING THE APRIL 11, 2013 CASE MANAGEMENT CONFERENCE TO JUNE 27, 2013** |

On March 18, 2013, Plaintiffs requested the Clerk of the Court to enter default against Defendant. Motion for Entry of Default, ECF No. 11. A few days thereafter, the Clerk of the Court entered default against the Defendant. Entry of Default, ECF No. 12. Recently, Plaintiffs filed a case management statement, indicating that it will move for default judgment soon. ECF No. 13 at 3. In light of its anticipated motion for default judgment, Plaintiffs request that the court reschedule the case management conference to a later date. *Id.* Good cause appearing, the court **CONTINUES** the initial case management conference from April 11, 2013 to **June 27, 2013** at **11:00 a.m.** in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties shall file their case management statements no later than June 20, 2013.

**IT IS SO ORDERED.**

Dated: April 9, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-04740
ORDER