KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:    ef-ksf@cpdb.com,
          ef-jdg@cpdb.com,
          ef-jjb@cpdb.com

Attorneys for
BROADCAST MUSIC, INC., *et al*.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; FOURTEENTH HOUR MUSIC INC.; COTILLION MUSIC, INC. d/b/a PRONTO MUSIC; HOUSE OF CASH, INC.; RICK'S MUSIC, INC.; RED SEA SONGS; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; SONGS OF UNIVERSAL, INC.; KINGS ROAD MUSIC; PAUL SIMON MUSIC; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; PAINTED DESERT MUSIC CORPORATION,<br><br>              Plaintiffs,<br><br>       v.<br><br>RHONDA ROSE ROASCIO, individually and d/b/a MOM & POP'S SALOON,<br><br>              Defendant. | Case No. C 12-04740 YGR<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed: September 11, 2012 |

**[PROPOSED] JUDGMENT**

On August 15, 2013, the Court adopted Magistrate Judge Beeler's Report and Recommendation to Grant Plaintiffs' Motion for Default Judgment.  Dkt. No. 25.  Accordingly, the Court hereby ORDERS and ADJUDGES as follows:

The Plaintiffs in this case are Broadcast Music, Inc.; MJ Publishing Trust d/b/a Mijac Music; Fourteenth Hour Music Inc.; Cotillion Music, Inc. d/b/a Pronto Music; House of Cash, Inc.; Rick's Music, Inc.; Red Sea Songs; Rondor Music International, Inc. d/b/a Irving Music; Songs of Universal, Inc.; Kings Road Music; Paul Simon Music; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music; Sony/ATV Songs LLC; The Bernard Edwards Company LLC; and Painted Desert Music Corporation.

Plaintiffs' Motion for Default Judgment against Defendant Rhonda Rose Roascio, individually and doing business as Mom & Pop's Saloon ("Defendant"), is **GRANTED**, this Court finding that Defendant knowingly and intentionally infringed upon the copyrights of ten (10) musical compositions owned and/or licensed by Plaintiffs. Defendant owns and operates Mom & Pop's Saloon located at 205 3rd Street, San Juan Bautista, California 95045

The Court awards Plaintiffs a total monetary award against Defendant of $17,593.40 as follows: $10,000.00 in statutory damages, $6,892.50 in attorney's fees, $700.90 in costs, and interest on the full amount from the date of this judgment.

Defendant Rhonda Rose Roascio and her agents, servants, employees and all persons acting under her permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the BMI-licensed copyrighted musical compositions that are listed on the Schedule attached to the Complaint, Dkt. No. 1, and that are also listed on pages 2 and 3 of the Magistrate Judge Beeler's Report and Recommendation. Dkt. No. 20 (attached hereto as Exhibit A).

This Court shall retain jurisdiction over this action for one year for the purpose of enforcing the judgment granted.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: August 23, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**